3

Mark A. Wolff (175570)
WOLFF & WOLFF
8861 Williamson Drive, Suite 30
Elk Grove CA 95624
Phone: (916) 714-5050
Fax:　　(916) 714-5054
e-mail: attorneys@wolffandwolff.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Manuel Perez<br><br>Alma Perez<br><br>_____ / | Case #:　13-29026-A-13J<br>Chapter:　13<br>DC #:　　WW-1<br><br>Date:　　　August 19, 2013<br>Time:　　　1:30 PM<br>Courtroom:　U.S. Bankruptcy Court<br>　　　　　　Department A<br>　　　　　　Courtroom 28, 7th Floor<br>　　　　　　501 I Street<br>　　　　　　Sacramento, CA  95814 |

MOTION TO VALUE THE COLLATERAL OF WELLS FARGO BANK, N.A. AKA WELLS FARGO HOME MORTGAGE

Debtors, by and through their attorney Mark A. Wolff of Wolff & Wolff, hereby request that the court determine that the value of Debtors' residence currently known as 10342 Pleasant Grove School Road, Elk Grove, CA 95624, which is the collateral securing Wells Fargo Bank, N.A. AKA Wells Fargo Home Mortgage's second trust deed, is $450,000.00. Debtors request that the court further determine that the value of the collateral available to Wells Fargo Bank, N.A. AKA Wells Fargo Home Mortgage's Second Trust Deed is $0.00. $0.00 of Wells Fargo Bank, N.A. AKA Wells Fargo Home Mortgage's claim is secured by the second trust deed as an allowed secured claim and the balance of its claim is an allowed unsecured claim pursuant to 11

USC § 506 as follows:

1. Debtors filed this case on or about July 5, 2013.
2. A Proof of Claim has not been filed by creditor Wells Fargo Bank, N.A. AKA Wells Fargo Home Mortgage.
3. At the time this case was filed Debtors owned their residence at 10342 Pleasant Grove School Road, Elk Grove, CA 95624 ("Property") subject to first and second trust deed of Wells Fargo Bank, N.A. AKA Wells Fargo Home Mortgage ("Wells Fargo").
4. At the time of filing, the property had a value of 450,000.00. See Declaration of Manuel Perez and Alma Perez, being filed concurrently with this motion.
5. The first deed of trust held by Wells Fargo encumbers the property with a current balance of $564,498.00. See Declaration of Manuel Perez and Alma Perez, being filed concurrently with this motion.
6. The second deed of trust held by Wells Fargo encumbers the property with a current balance of $54,549.00.
7. The value of the property is such that it is lower than what is owing on Wells Fargo's first deed of trust.
8. Wells Fargo's second deed of trust is wholly unsecured based on the value of the residence.
9. At the time this case was filed, Wells Fargo's second deed of trust is unsecured pursuant to 506(a)(1).

**WHEREFORE**. Debtors request that the court determine that the value of Debtors' residence currently known as 10342 Pleasant Grove School Road, Elk Grove, CA 95624, which is collateral securing Wells Fargo Bank, N.A. AKA Wells Fargo Home Mortgage, is $450,000.00. Debtors request that the court further determine that the value of the collateral available to Wells Fargo Bank, N.A. AKA Wells Fargo Home Mortgage's Second Trust Deed is $0.00. $0.00 of Wells Fargo Bank, N.A. AKA Wells Fargo Home Mortgage's claim is secured by the second

trust deed as an allowed secured claim and the balance of its claim is an allowed unsecured claim pursuant to 11 USC § 506.

Respectfully submitted,

Wolff & Wolff

By _____
　　Mark A. Wolff